INLAND STEEL COMPANY, Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 6632.

Circuit Court of Appeals, Seventh Circuit.

June 4, 1938.

Before SPARKS and TREANOR, Circuit Judges.

PER CURIAM.

On motion of counsel for respondent, it is ordered and adjudged by the court that the petition of Inland Steel Company, a corporation, to review and set aside an order of the National Labor Relations Board, entered therein on April 5, 1938, be, and it is hereby, dismissed.

It is further ordered that the cross-petition to dismiss and remand with instructions to dismiss the complaint or, in the alternative, to require the Board to certify the record, be, and it is hereby, denied.

JEN BEN ON, etc., Appellant, v. UNITED STATES of America, Appellee.

No. 8898.

Circuit Court of Appeals, Ninth Circuit.

July 25, 1938.

Stephen M. White, of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., of San Francisco, Cal., for appellee.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal in above cause dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

Edward D. JONES et al., Appellants, v. CORONADO HOTEL COMPANY et al.

No. 11103.

Circuit Court of Appeals, Eighth Circuit.

Jan. 27, 1938.

H. Chouteau Dyer and J. Raymond Dyer, both of St. Louis, Mo., for appellants.

Rassieur, Long & Yawitz, Joseph H. Grand, Theodore Rassieur, Claude W. McElwee, and J. W. McAfee, all of St. Louis, Mo., for appellees.

PER CURIAM.

Petition for leave to appeal from United States District Court denied.